IN THE CIRCUIT COURT OF THE 17TH
JUDICAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

ROBERTHA PALMER,                    GENERAL JURISDICTION DIVISION

    Plaintiff,                    Case No: 20-009815 CACE AXXXCE (25)

vs.                                  Florida Bar No: 0008486

WAL-MART STORES, INC., a foreign
corporation,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

COME NOW the Plaintiffs, ROBERTHA PALMER by and through undersigned counsel and sues the Defendant, WAL-MART STORES, INC., a foreign corporation (hereinafter referred to as ("WAL-MART") and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for damages in excess of the sum of Thirty Thousand Dollars ($30,000.00) exclusive of interest, costs and attorney's fees.

2. At all times material hereto the Plaintiff, ROBERTHA PALMER, was and is a citizen and/or resident of Leon County, Florida and was and is sui juris.

3. At all times material hereto the Defendant, WAL-MART, was and is a Florida corporation authorized and licensed to do business in the State of Florida. The Defendant, WAL-MART, owns, operates, inspects, maintains, repairs and controls the premises located at or near 301 South State Road 7, Hollywood, Florida 33023. This premises is where the subject accident occurred.

4. On or about January 3, 2020, the Plaintiff, ROBERTHA PALMER, was lawfully upon the premises of the Defendant, WAL-MART. Specifically, at the time of the subject accident, the Plaintiff, ROBERTHA PALMER, was walking near the entrance by the Customer Service area of the subject WAL-MART when she slipped and fell on a foreign substance on the floor suffering permanent and serious injuries described herein.

## COUNT I – CLAIM FOR NEGLIGENCE AGAINST

The Plaintiff adopts and reavers all allegations contained in the General Allegations above and further alleges:

5. On or about January 3, 2020, the Defendant, WAL-MART, owed a duty to the Plaintiff, ROBERTHA PALMER, to provide and maintain a safe, danger free environment for individuals such as the Plaintiff, ROBERTHA PALMER, who were lawfully upon the subject premises.

6. The Defendant, WAL-MART, breached the duty owed to the Plaintiff, ROBERTHA PALMER, by committing one or more of the following acts of commission and/or omission:

   a. The Defendant, WAL-MART, created a dangerous and defective condition by improperly allowing a foreign substance to remain on the floor which resulted in the Plaintiff's ROBERTHA PALMERS', serious and permanent injuries more fully described below;

   b. The Defendant, WAL-MART, knew of the existence of the dangerous and defective condition or in the exercise of reasonable care should have known of the existence of the condition;

2

Case No.:

    c. The Defendant, WAL-MART, allowed the condition to exist for a length of time sufficient in which a reasonable inspection would have disclosed the dangerous condition;

    d. The Defendant, WAL-MART, failed to take adequate precautionary and/or preventative measures to protect individuals such as the Plaintiff, ROBERTHA PALMER, from the reasonable foreseeable danger when the Defendant, ROBERTHA PALMER, knew or should have known of the extent of the danger;

    e. The Defendant, WAL-MART, failed to adequately and properly inspect and maintain the floor and failed to warn of the dangerous condition on the floor thereby causing the Plaintiff's injuries.

7. As a direct, proximate and foreseeable result of the negligence of the Defendant, WAL-MART, the Plaintiff, ROBERTHA PALMER, was injured in and about her body and extremities and caused to suffer the following items of damages:

    a. Past, present and future medical and related expenses;

    b. Past, present and future aggravation of a pre-existing condition;

    c. Past, present and future physical and mental pain and suffering;

    d. Past, present and future shame, humiliation, scarring, disability, discomfort, disfigurement and the inability to lead a normal life.

8. The injuries suffered by the Plaintiff, ROBERTHA PALMER, are permanent and continuing in their nature and the Plaintiff has suffered in the past and will continue to suffer in the future.

Case No.:

WHEREFORE, the Plaintiff, ROBERTHA PALMER, demands judgment for damages against the Defendant, WAL-MART, for an amount in excess of Thirty Thousand Dollars ($30,000.00) plus all other awards recoverable under Florida law. The Plaintiff demands a trial by jury.

DATED this 15th day of June, 2020.

                                            FRIEDLAND | CARMONA
                                            Attorneys for Plaintiff
                                            1430 South Dixie Highway, Suite 305
                                            Coral Gables, Florida 33146
                                            Tel:   (305) 661-2008
                                            Fax:  (305) 661-2001
                                            Email: email@friedlandcarmona.com

                                            BY _____
                                                  Jonathan R. Friedland, Esq.